UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN A COTHORN,

    Plaintiff,

v.                                      Case No. 12-51487

UNITED STATES OF AMERICA,

    Defendant.
                                         /

**ORDER DENYING MOTION TO COMPEL**

Before the court is Plaintiff John A Cothorn's "Petition and Motion to Compel the Disclosure of the Inventory of Wire Interceptions," filed on November 6, 2012. The matter has been fully briefed, and the court conducted a hearing on March 5, 2013. For the reasons stated fully on the record,

IT IS ORDERED that Plaintiff John A Cothorn's "Petition and Motion to Compel the Disclosure of the Inventory of Wire Interceptions" [Dkt. # 1] is DENIED.

                                              S/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: March 6, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 6, 2013, by electronic and/or ordinary mail.

                                              S/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522